UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELAINE L. CHAO*,
    Secretary of Labor,

        Plaintiff,

and                                    Civil Action No. 99-01435 (JHG)

RICHARD STOMPER, et al.,

    Intervenors,

v.

AMALGAMATED TRANSIT UNION,
AFL-CIO, CLC

    Defendant.

**FILED**
MAR 2 8 2001
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and the Memorandum Opinion and Order issued this date, judgment is hereby entered in favor of plaintiff, Secretary of Labor Elaine L. Chao and Intervenors, Richard Stomper, Richard Maas, Jere Quinn, Michael Terrana, and Mary Wallace.

**IT IS SO ORDERED.**

Dated: March 28, 2001

                                                                    JOYCE HENS GREEN
                                                                    United States District Judge